IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NO. 2:14-CR-4-1-JRG-RSP |
| | § | |
| JONATHAN PAUL WILSON | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY PURSUANT TO RULE 11 (c)(1)(C)

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Roy S. Payne regarding defendant's plea of guilty under the provisions of Rule 11(c)(1)(C) to a lesser included offense to Count 2 of the indictment namely, possession within intent to distribute 50 grams or more of a mixture of substance containing a detectable amount of methamphetamine. Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea, reserving to the District Judge the option of rejecting the Plea Agreement if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed on December 4, 2014 are hereby ADOPTED.

It is further ORDERED that, pursuant to defendant's plea agreement, the Court finds defendant GUILTY of a lesser included offense to Count 2 of the indictment namely, possession

within intent to distribute 50 grams or more of a mixture of substance containing a detectable amount of methamphetamine, reserving to the District Judge the option of rejecting the Plea Agreement if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case.

**So Ordered and Signed on this**

**Jan 5, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE